IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVIS NEUROLOGY P.A., on behalf of itself**            **PLAINTIFF**
**and all others similarly situated**

v.          CASE NO. 4:19-CV-00499-BSM

**DOCTORDIRECTORY.COM LLC,** *et al.*           **DEFENDANTS**

## ORDER

The parties have filed a joint notice of pending settlement [Doc. No. 168] and have indicated their intent to file a motion for preliminary approval of the settlement agreement within sixty days. Given that, the trial date and all other deadlines in the final scheduling order [Doc. No. 73] are hereby vacated, the defendants' motion to modify the scheduling order [Doc No. 122] is denied as moot, and this case is stayed pending the submission of the motion for preliminary approval.

IT IS SO ORDERED, this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE