IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVIS NEUROLOGY, P.A.**, on behalf of itself    PLAINTIFF
and all others similarly situated

v.    CASE NO. 4:19-CV-00499-BSM

**DOCTORDIRECTORY.COM LLC**, *et al*    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE